IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion DENIED as MOOT.**

| | |
|---|---|
| ROBERT WALKER, ET AL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:12-cv-595 |
| WHOLESALE, INC., ET AL, | ) Judge Trauger |
| Defendants. | ) |

### DEFENDANTS' MOTION TO SEVER OR FOR SEPARATE TRIALS

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Defendants move the Court to sever the claims of Plaintiff Fite that have been improperly joined to those of Plaintiffs Walker and Nathan. Alternatively, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, Defendants move the Court to order a separate trial for Plaintiff Fite's claims. In support this Motion, Defendants submit the contemporaneously filed Memorandum of Law.

Respectfully submitted,

*s/Edward N. Boehm, Jr.*
Tracy L. Moon, Jr. *(admitted pro hac vice)*
Georgia Bar No. 518050
Edward N. Boehm, Jr. *(admitted pro hac vice)*
Georgia Bar No. 183411
FISHER & PHILLIPS LLP
1075 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30309
Telephone: (404) 231-1400
Facsimile: (404) 240-4249
Email: tmoon@laborlawyers.com
Email: tboehm@laborlawyers.com

James William Cameron, III
Patrick W. Merkel

Cameron Worley, P.C.
112 Westwood Place
Suite 240
Brentwood, TN 37027
(615) 515-1080

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ROBERT WALKER, ET AL,** | ) |
| Plaintiff, | ) |
| | ) Case No. 3:12-cv-595 |
| v. | ) |
| | ) Judge Trauger |
| **WHOLESALE, INC., ET AL,** | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I certify that, on April 12, 2013, I filed the foregoing Defendants' Motion to Sever or For Separate Trials, which was served on the following through the Court's electronic filing system:

Douglas B. Janney, III
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

Stephen W. Grace
1019 16th Avenue South
Nashville, TN 37212

/s Edward N. Boehm, Jr.
Edward N. Boehm, Jr.