# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ROBERT WALKER, LEE NATHAN, and LEWIS FITE, | ) ) ) |
| Plaintiffs, | ) No. 3:12-cv-595 ) ) Judge Trauger |
| v. | ) ) |
| WHOLESALE, INC., KEVIN BARBER, and STEVE BREWSTER, | ) ) ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute between the parties have been resolved and that Plaintiffs' complaint should be dismissed. Accordingly, this case is dismissed with prejudice.

_____
Honorable Aleta A. Trauger
United States District Judge

Approved for Entry:


s/Stephen W. Grace
Stephen W. Grace (BPR No. 14867)
1019 16th Avenue, South
Nashville, Tennessee  37212
(615) 255-5225

s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

Attorneys for Plaintiffs


s/Tracy L. Moon, Jr.
Tracy L. Moon, Jr. (admitted *pro hac vice*)
Edward N. Boehm, Jr. (admitted *pro hac vice*)
Fisher & Phillips LLP
1075 Peachtree Street
Suite 3500
Atlanta, GA 30309
(404) 231-1400

s/James William Cameron, III
James William Cameron, III (BPR No. 5105)
Patrick W. Merkel (BPR No. 22191)
Cameron Worley, P.C.
112 Westwood Place
Suite 240
Brentwood, TN 37027
(615) 515-1080

Attorneys for Defendants